IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER: 4:19-cr-158 |
| | ) | |
| JONATHAN TANNER, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON COUNSEL'S APPLICATION FOR LEAVE OF ABSENCE

Application for Leave of Absence having been requested by Attorney William G. Bell, III, counsel of record for defendant, Jonathan Tanner, in the above-styled case, for October 31, 2019; November 25 – 29, 2019; and December 19 – 27, 2019 having been read and considered, for good cause shown the same is hereby granted and defense counsel shall be protected in this matter on the above-listed dates.

SO ORDERED this 3rd day of October, 2019.

_____
Magistrate JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA,
SAVANNAH DIVISION